**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

CAELIN S. DUKE,                                                                                            PLAINTIFF
ADC # 175269

v.                                                    4:23CV00041-JM-JTK

WILLIAM FREEMAN, et al.                                                                          DEFENDANTS

## ORDER

Having reviewed Caelin S. Duke's ("Plaintiff") Complaint (Doc. No. 1) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants William Freeman and Benjamin Caple is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants William Freeman and Benjamin Caple. The United States Marshal shall serve a copy of the Complaint (Doc. No. 1), Summons, and this Order on Defendants Freeman and Caple without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 23rd day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).