IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAELIN S. DUKE,**     **PLAINTIFF**
ADC # 175269

v.     **CASE NO: 4:23-CV-00041-JM-JTK**

**WILLIAM FREEMAN,** *et al.*     **DEFENDANTS**

## ORDER

In response to the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (ECF No. 12), Plaintiff has requested leave of the Court to amend his complaint (ECF 15). His request is granted. Plaintiff's amended complaint must be filed on or before April 10, 2023.

As a result of this decision, the Court declines to adopt the current findings and recommendations. The case is referred back to Judge Kearney.

DATED this 10th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE