**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CAELIN S. DUKE,**                                                                                    **PLAINTIFF**
**ADC # 175269**

**v.**                                               **Case No. 4:23-cv-00041-JM-JTK**

**WILLIAM FREEMAN,** *et al.*                                                           **DEFENDANTS**

## ORDER

Caelin S. Duke ("Plaintiff") has filed a Motion to Dismiss.  (Doc. No. 19).  Plaintiff asks the Court to dismiss this lawsuit because Plaintiff does not know the law and does not know "how to complete the lawsuit."  (Id.).  Plaintiff's Motion (Doc. No. 19) is GRANTED.  FED. R. CIV. P. 41(a)(2).  Plaintiff's claims are DISMISSED without prejudice.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE