IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAELIN S. DUKE,**                                                                                            **PLAINTIFF**
ADC # 175269

v.                        Case No. 4:23-cv-00041-JM-JTK

**WILLIAM FREEMAN,** *et al.*                                                            **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed this date, this case is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE